

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00001-CR

LAMONT LANKEEN MITCHELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 2128583

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

Appellant Lamont Lankeen Mitchell appeals from his conviction of assault on a public servant. On May 9, 2022, Mitchell's court-appointed appellate counsel filed an *Anders*[1] brief in this matter, and on May 19, 2022, Mitchell filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Mitchell's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are now required to enter an order specifying the procedure to be followed to ensure Mitchell's access to the record.

On May 24, 2022, this Court forwarded a paper copy of the appellate record, along with this order, to Mitchell. Allowing fifteen days from the date of this order for the record to be delivered to Mitchell and giving Mitchell thirty days to prepare his pro se response, we hereby set July 8, 2022, as the deadline for Mitchell to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:          May 24, 2022

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

2